```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 31723
    JEVONNE JOHNSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7552

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/11/2005 and was confirmed 01/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 09/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED OTH         .00           .00            .00
CITIMORTGAGE INC          CURRENT MORTG         .00           .00            .00
CITIMORTGAGE INC          MORTGAGE ARRE    19123.52           .00        5859.59
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED           .00            .00
CAPITAL ONE               UNSECURED       NOT FILED           .00            .00
AT&T WIRELESS             UNSECURED       NOT FILED           .00            .00
SOUTH SHORE RADIOLOGY     UNSECURED       NOT FILED           .00            .00
SOUTH SHORE EMERGENCY     UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED           .00            .00
US DEPT OF HUD            SECURED NOT I    3812.22            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED           .00            .00
PRO SE DEBTOR             DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                         306.18
DEBTOR REFUND             REFUND                                          967.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 7,132.77

PRIORITY                                          .00
SECURED                                      5,859.59
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           306.18
DEBTOR REFUND                                  967.00
                       --------------      --------------
TOTALS                   7,132.77             7,132.77


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 31723 JEVONNE JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/27/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |